**IN THE UNITED STATES BANKRUPTCY**
**FOR THE DISTRICT OF NEW JERSEY**

**Order Filed on April 3, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

VERONICA KNEPP,

Plaintiff,

v.

EDUCATIONAL FINANCIAL SERVICES, A
DIVISION OF WELLS FARGO BANK, N.A.

Defendant.

_____

In re:

VERONICA KNEPP,

Debtor.

Chapter 7

Case No. 11-02269
Adv. No. 18-01389

Hon. Vincent F. Papalia

<u>**ORDER DENYING PLAINTIFF'S MOTION FOR INDICATIVE RULING**</u>

The relief set forth on the following page is **ORDERED**.

**DATED: April 3, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of Plaintiff Veronica Knepp ("Plaintiff"), for Indicative Ruling [ECF # 59, 60, 61]; and where the Defendant Education Financial Services, a Division of Wells Fargo Bank, N.A. ("Wells Fargo") interposed opposition to the Motion for Indicative Ruling (the "Opposition") [ECF # 65]; and where Plaintiff filed a Response to the Opposition (the "Response") [ECF # 68]; and where a hearing took place on the Motion for Indicative Ruling on March 19, 2019 (the "Hearing"); and after having reviewed the Motion for Indicative Ruling, the Opposition, the Response, and the oral arguments made by counsel for the Wells Fargo and Plaintiff at the Hearing and the entire record herein, the Court rendered a decision on the record (the "Decision") [ECF # 71]; for the reasons set forth in the Decision, it is hereby ORDERED:

1. **The Motion for Indicative Ruling is denied.**